# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  REV. 1/90

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| ____ VS. Jimmy Lee Rush | FOR ____ AT ____ |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate

District Court
3:07CR 37-MHT

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

17 USC § 506(c)(1)
18 USC § 2319(a) & (b)(1)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: Unemployed    unemployment check 220
IF YES, how much do you earn per month? $ N/A
IF NO, give month and year of last employment
How much did you earn per month $ 2005
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: N/A  SOURCES:

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ 600

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| 1000 | 1989 Jaguar SJ6 model |
| 2000 | 1952 Caprice Classic Chevrolet |
| 0 | 1952 BMW - non operatable |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED  Cohabitating
Total No. of Dependents: 4

List persons you actually support and your relationship to them:
Jimmy Rush, son
Ebony Rush, daughter
Patrick Johnson, step-son
Lisa Johnson, fiancée

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: T mobile cellular phone | $ | $ 60 00 |
| Rent/Mortgage | $ | $ 400 |
| Utilities | $ | $ 300 |
| | $ | $ 760 00 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)
X Jimmy Rush      3/7/07

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

under the penalty of perjury
28 U.S.C. § 1746