IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 3:07cr37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

**MOTION TO APPOINT FEDERAL DEFENDER OFFICE AS COUNSEL**

COMES NOW the Office of the Federal Defenders, Middle District of Alabama and Jennifer A. Hart, and submits the following motion:

1. On February 22, 2007, Jimmy Lee Rush was indicted on charges involving copyright infringement.

2. At his initial appearance, Mr. Rush indicated that he intended to hire Mike Winter, Esquire to represent him in this matter. Mr. Winter has been noticed as the Attorney of Record in this case.

3. Mr. Rush, however, has now informed the Federal Defender Office that he cannot afford to retain Mr. Winter, and wishes to have the Federal Defender Office appointed to represent him in all further proceedings. Mr. Rush submitted a Financial Affidavit at the time of his initial appearance. As he is unemployed, it appears he would qualify to have the Federal Defender Office appointed to represent him.

4. In light of Mr. Rush's lack of financial resources, undersigned counsel and the Office of the Federal Defenders requests that appointment of counsel be permitted by the Court.

5. Mr. Rush has communicated to Mr. Winter that he no longer wishes for Mr. Winter to continue to represent him in this case and has requested that Mr. Winter file a Motion to

Withdraw.

WHEREFORE, for good cause and in the interest of justice, undersigned counsel requests this motion be granted.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, AUSA.

                                        Respectfully submitted,

                                        s/Jennifer A. Hart
                                        **JENNIFER A. HART**
                                        FEDERAL DEFENDERS
                                        MIDDLE DISTRICT OF ALABAMA
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        jennifer_hart@fd.org
                                        AL Bar Code: HAR189