IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 3:07cr37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

## MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, **JIMMY LEE RUSH,** by and through undersigned counsel, Jennifer A. Hart, and moves this Court to continue the trial in this matter. In support of this Motion, Defendant would show the following:

1. On February 22, 2007, Mr. Rush was charged by Indictment with offenses involving copyright infringement.

2. The case is presently scheduled for trial on the April 23, 2007 trial term.

3. Undersigned counsel was appointed to represent Mr. Rush on March 29, 2007 after Mr. Rush asked the court to appoint the Federal Defenders office because he was not financially able to afford retained counsel.

4. Further, undersigned counsel received discovery in this case on today's date, April 2, 2007.

5. Because of time needed to review the discovery and investigate the case, a continuance of the trial date is required.

6. Assistant United States Attorney, Verne Speirs, does not oppose a continuance of this matter.

WHEREFORE, Defendant prays that this Unopposed Motion to Continue Trial be granted.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
Assistant Federal Defender
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne Speirs, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                        Respectfully submitted,

                                        s/Jennifer A. Hart
                                        **JENNIFER A. HART**
                                        Assistant Federal Defender
                                        FEDERAL DEFENDERS
                                        MIDDLE DISTRICT OF ALABAMA
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        jennifer_hart@fd.org
                                        AL Bar Code: HAR189