# WINTER LEGAL STRATEGIES LLC



Suite 300-A; 300 Water Street
Montgomery, Alabama 36104
(334) 263-5787
MikeWinter@charter.net

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

RECEIVED

2007 APR 27  P 1: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |
|---|---|
| IN RE:  JIMMY LEE RUSH | <>  Case Number:  3:07-cr-37-MHT |

## MOTION TO WITHDRAW

**COMES NOW** Defendant Jimmy Lee Rush, by and through his undersigned counsel in the above-styled case, moving this Honorable Court for permission to withdraw from his legal representation of above-named client.

Undersigned counsel; has been advised that Mr. Rush has now declared his intention to seek indigent status, thus qualifying him for representation by the Office of the Federal Defender for the Middle District of Alabama.  Undersigned counsel notes that this declaration succeeds, and supersedes, client's earlier statements and payment.

Consistent with multiple conversations with various employees of the Federal Defenders Office, undersigned counsel hereby files this motion to withdraw. Granting this motion is therefore necessary for the cause of justice.  Granting this motion will not prejudice the United States of America.

WHEREFORE, Defendant Rush prays that this Honorable Court accept undersigned counsel's motion to withdraw.

DONE THIS 20TH DAY OF APRIL, 2007

**I.M. (Mike) Winter, Jr., (WIN036)**
Attorney for Mr. Jimmy Lee Rush

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing motion, by in-hand delivery, upon the United States District Court, located at the United States Courthouse, One Church Street; Montgomery, Alabama 36104. I further certify that I have served a copy of the foregoing motion, by in-hand delivery, upon the United States Attorney, located at the United States Courthouse, One Church Street; Montgomery, Alabama 36104. I finally certify that I have served a copy of the foregoing motion, by in-hand delivery, upon the Federal Defender's Office, located at the United States Courthouse, One Church Street; Montgomery, Alabama 36104.

DONE THIS 20th DAY OF APRIL, 2007

**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney for Mr. Jimmy Lee Rush