IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr037-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

## **ORDER**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 17), filed April 27, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 1st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE