IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

UNOPPOSED MOTION TO CONTINUE TRIAL
FOR CONSIDERATION OF PRE-TRIAL DIVERSION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully submits to the Court this Unopposed Motion, and states the following circumstances and good cause for a continuance of trial currently set for June 4, 2007:

1) Defendant has been indicted on two counts violating Title 18, U.S.C. § 2319(a)&(b)(1), Copy Right Infringement.

2) Pursuant to recent plea negotiations, both parties agree that a resolution of this matter should be reached. Central to a potential resolution of this matter is the possibility of Defendant's acceptance into the pre-trial diversion program.

3) Both parties respectfully request a continuance from the current trial setting on June 4, 2007, in order to finalize plea negotiations and to investigate and consider Defendant's qualifications and application for pre-trial diversion.

4) Undersigned has spoken with Assistant Federal Defender Jennifer Hart and she does not oppose the United States in this motion. Defendant Rush is not in custody.

Respectfully submitted this the 15th day of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280     334.223.7135 fax
verne.speirs@usdoj.gov

THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov