IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 3:07cr37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

## DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

**COMES NOW** the Defendant, **JIMMY LEE RUSH,** by and through undersigned counsel, Jennifer A. Hart, and hereby moves the Court to substitute Assistant Federal Defender, Michael J. Petersen, as counsel of record for the Defendant in this matter in place of undersigned counsel.

As grounds for granting this motion, defendant would show as follows:

Jennifer A. Hart has resigned from the Federal Defender Office effective November 2, 2007.

Dated this 30th day of October, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne Speirs, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
Assistant Federal Defender
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189