IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      3:07cr37-MHT
JIMMY LEE RUSH              )
```

## ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 27) is granted.

DONE, this the 30th day of October, 2007.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**