IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Case No.: 3:07cr37-MHT |
| ) | |
| **JIMMY LEE RUSH** ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Jimmy Lee Rush, by and through undersigned counsel, Michael J. Petersen, and pursuant to 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I), respectfully moves this Court to continue the trial of this action from the present trial date of December 10, 2007, to allow for consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1. On February 22, 2007, Mr. Rush was charged by Indictment with offenses involving copyright infringement.

2. Mr. Rush has applied for Pretrial Diversion and the Government has considered that request. The Government agrees that diversion is the appropriate disposition of the case, and has presented it to the United States Probation Office for its determination of whether or not to accept Mr. Rush into the program. The determination by the United States Probation Office is expected to take approximately 45 days.

3. Because prosecution may be deferred/diverted if pretrial diversion is granted, it is in the interest of justice to continue the trial in this matter so as to allow Mr. Rush the opportunity to pursue diversion. 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I).

4. The Government, through Assistant United States Attorney, Clark Morris for

Assistant United States Attorney Verne Speirs, has no opposition to the granting of a continuance.

WHEREFORE, defendant respectfully requests that this Motion be granted.

Dated this 29th day of November, 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. Bar Code:  ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Case No.: 3:07cr37-MHT |
| | ) | |
| **JIMMY LEE RUSH** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne Speirs, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. Bar Code: ASB-5072-E48M