IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>3:07cr37-MHT</u> |
| | ) | |
| JIMMY LEE RUSH | ) | |

**PRETRIAL DIVERSION AGREEMENT**

The court has been advised that <u>   Jimmy Lee Rush   </u> has entered into a pretrial
(Divertee/Defendant)
diversion agreement dated <u>   May 1, 2008   </u>, with the United States Attorney's Office.  A copy of the agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires <u>   Jimmy Lee Rush   </u>
(Divertee/Defendant)
to make restitution in the amount of $<u> 2,500.00  </u> to <u> Motion Picture Association of America, Southeast</u>
(Address)
<u>Region, 900 Circle 75 Parkway, Suite #1740, Atlanta, GA 30339   </u>, and restitution in the amount of

$<u>2,500.00</u> to <u>Recording Industry Association of America, 1275 Kennestone Circle, Suite #300, Marietta,</u>
(Address)
<u>GA 30036.</u>

# ORDER

It is ORDERED that the clerk of the court accept and receive restitution payments from <u>Jimmy Lee Rush</u> and disburse them to <u>Motion Picture Association of America, Southeast Region, 900 Circle 75 Parkway, Suite #1740, Atlanta, GA 30339</u> and <u>Recording Industry Association of American, 1275 Kennestone Circle, Suite #300, Marietta, GA 30036,</u> in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

It is further ORDERED that interest is waived, pursuant to 18 USC 3612(f).

DONE, this the 2nd  day of May, 2008.

   /s/ Myron H. Thompson   <br>UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07cr37-MHT |
| ) | |
| JIMMY LEE RUSH ) | |

AGREEMENT FOR PRE-TRIAL DIVERSION

The United States Attorney's Office has received information that you have committed an offense against the United States in violation of Title 17, United States Code, Section 506(a)(1) and Title 18, United States Code, Section 2319(a) and (b)(1). Specifically, that on or about October 15, 2005, in Lee County, within the Middle District of Alabama, JIMMY LEE RUSH did willfully and for purposes of commercial advantage and private financial gain, infringe the copyrights of various sound recordings or phonorecords, to-wit: compact disks containing unauthorized digital recordings of various musical artists, in that JIMMY LEE RUSH did reproduce or distribute approximately five hundred or more copies of various recordings or phonorecords with a total retail value of $2,500.00 or more, in a one hundred eighty (180) day period, without the authorization of the copyright holder, in violation of Title 17, United States Code, Section 506(a)(1), and Title 18, United States Code, Section 2319(a) & (b)(1).

Furthermore, that on or about October 15, 2005, in Lee County, within the Middle District of Alabama, JIMMY LEE RUSH,

did willfully and for purposes of commercial advantage and private financial gain, infringe the copyright of copyrighted works, to-wit: motion pictures, in that JIMMY LEE RUSH did reproduce or distribute approximately five hundred or more copies of various copyrighted works, with a total retail value of $2,500.00 or more, in a one hundred eighty (180) day period, without the authorization of the copyright holder, in violation of Title 17, United States Code, Section 506(a)(1) and Title 18, United States Code, Section 2319(a) & (b)(1).

    Upon accepting responsibility for your behavior and by your signature on this Agreement*, it appearing, after an investigation of the offense, and your background, that the interests of the United States and your own interests and the interests of justice will be served by the following procedure; therefore,

    On the authority of the Attorney General of the United States, by Leura G. Canary, United States Attorney for the Middle District of Alabama, prosecution in this district for this offense shall be deferred for the period of 12 months from this date, provided you abide by the following conditions and the requirements of this Agreement set out below.

---

*Any statement made by you in this Agreement will not be admissible on the issue of guilt in any subsequent proceeding.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any condition of this pre-trial diversion program or change the period of supervision, which shall in no case exceed 18 months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In that case she will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out on page 1 of this Agreement will be instituted in this district, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pre-trial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

General Conditions for Pre-trial Diversion

(1) You shall not violate any law (federal, state and local). You shall immediately contact your pre-trial diversion supervisor if arrested and/or questioned by any law enforcement officer.

(2) You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you lose your job or are unable to attend school, you shall notify your pre-trial diversion supervisor at once. You shall consult him/her prior to job or school changes.

(3) You shall report to your pre-trial diversion supervisor as directed and keep him/her informed of your whereabouts.

(4) You shall follow the program and such special conditions as may be described below.

## Special Conditions

Within 18 months from the date of execution of this agreement, you shall pay restitution to the Motion Picture Association of America and the Recording Industry Association of America a sum of FIVE THOUSAND DOLLARS ($5,000.00). This sum shall be divided equally between both parties, specifically - TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00) to the Motion Picture Association of America and TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00) to the Recording Industry Association of America. You shall pay $100.00 dollars per month toward the satisfaction of your restitution.

## Certification

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the

right to a speedy and public trial. I also am aware that Rule 48(b) of the <u>Federal Rules of Criminal Procedure</u> provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the Middle District of Alabama defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of the initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the <u>Federal Rules of Criminal Procedure</u> and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this Agreement.

    I hereby state that the above has been read and explained to me. I understand the conditions of my pre-trial diversion program and agree that I will comply with them.

| | |
|---|---|
| /s/ [signature] | 5/01/08 |
| Divertee | Date |
| /s/ [signature] | 5/1/08 |
| United States Attorney/AUSA | Date |
| /s/ [signature] | 5/01/08 |
| Pre-trial Diversion Supervisor | Date |