IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

### MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment without prejudice, heretofore filed in the above styled cause, on the following grounds, to wit:

AGREEMENT FOR PRE-TRIAL DIVERSION SIGNED ON MAY 1, 2008.

Respectfully submitted this the 2nd day of May, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Petersen, Esquire.

Respectfully submitted,

/s/Verne H. Speirs
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7138
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment without prejudice, heretofore filed in the above styled cause, and for good cause shown, AGREEMENT FOR PRE-TRIAL DIVERSION SIGNED ON MAY 1, 2008, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE