IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-37-MHT |
| | ) | |
| JIMMY LEE RUSH | ) | |

### O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment without prejudice (doc. no. 38), heretofore filed in the above styled cause, and for good cause shown, AGREEMENT FOR PRE-TRIAL DIVERSION SIGNED ON MAY 1, 2008, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED, AND DECREED by the Court that said motion be and the same is hereby granted.

DONE, this the 2nd day of May, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE